# EXHIBIT A



# NIAGARA COUNTY – STATE OF NEW YORK
## WAYNE F. JAGOW – NIAGARA COUNTY CLERK
P.O. BOX 461, LOCKPORT, NEW YORK 14095-0461

---

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



| | |
|---|---|
| INSTRUMENT #: | 2013-09843 |
| Receipt#: | 2013159888 |
| Clerk: | MKS |
| Rec Date: | 05/23/2013 03:30:55 PM |
| Doc Grp: | DEED |
| Descrip: | DEED |
| Num Pgs: | 2 |
| Party1: | DIMATTEO GARY |
| | DIMATTEO RENEE |
| Party2: | OSTOLSKI MICHAEL J |
| | OSTOLSKI DAWN |
| Town: | WHEATFIELD |

Recording:

| | |
|---|---:|
| Cover Page | 8.00 |
| Recording Fee | 8.00 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |
| TP584 | 5.00 |
| RP5217 Residential/Agricu | 116.00 |
| RP5217 - County | 9.00 |
| Sub Total: | 166.00 |
| Transfer Tax | |
| Transfer Tax | 1676.00 |
| Sub Total: | 1676.00 |
| Total: | 1842.00 |

**** NOTICE: THIS IS NOT A BILL ****

***** Transfer Tax *****
Transfer Tax #: 4148
Transfer Tax
Consideration: 419000.00

| | |
|---|---:|
| Transfer Tax | 1676.00 |
| Total: | 1676.00 |

Record and Return To:

MICHAEL J & DAWN OSTOLSKI
7122 LARRY CT
NORTH TONAWANDA NY 14120

WARNING***
** Information may change during the verification process and may not be reflected on this page.

Wayne F. Jagow
Niagara County Clerk

Record & Return to:
Michael J. & Dawn Ostolski
7122 Larry Court
North Tonawanda, NY 14120

Warranty Deed with Lien Covenant
Re:   7122 Larry Court
      Town of Wheatfield

**THIS INDENTURE** made the 21st day of May, 2013,

**BETWEEN**   **GARY DiMATTEO** and **RENEE DiMATTEO**, his wife
7122 Larry Court, North Tonawanda, NY 14120

Grantors,

and

**MICHAEL J. OSTOLSKI** and
**DAWN OSTOLSKI**, husband and wife
2748 Driftwood Drive, Niagara Falls, NY 14304

Grantees,

**WITNESSES**, that the said Grantors, in consideration of ONE AND MORE Dollars, ($1.00 & MORE) lawful money of the United States, paid by the Grantees, do hereby grant and release unto the Grantees, their heirs, successors and assigns forever:

**ALL THAT TRACT OR PARCEL OF LAND,** situate in the Town of Wheatfield, County of Niagara and State of New York, being part of Lot 30, Township 13, Range 8 of the Holland Land Company's Survey and according to a certain map of Renee Estates prepared by Ivan R. Klettke on May 1, 1979 and filed in the Niagara County Clerk's Office on September 6, 1979 in Book 48 of Microfilmed Maps page 4687, is known as Subidvision Lot 1 on the southwest side of Larry Court and Subdivision Lot 2 on the west side of Larry Court.

**SUBJECT TO** easements and restrictions of record, if any.

**TOGETHER** with the appurtenances and all the estate and rights of the Grantors in and to the said premises.

**TO HAVE AND TO HOLD**, the above granted premises unto the said Grantees.

**AND** the said Grantors do covenant with said Grantees as follows:

**FIRST**:   That the Grantees shall quietly enjoy the said premises.

**SECOND**:   That the Grantors will forever WARRANT the title to said premises.

**THIRD**:   Subject to the trust fund provisions of Section Thirteen of the Lien Law.

**IN WITNESS WHEREOF**, the said Grantors have hereunto set their hands and seals the day and year first above written.

**IN PRESENCE OF**:

_____ (L.S.)
GARY DIMATTEO

_____ (L.S.)
RENEE DIMATTEO

STATE OF NEW YORK
                              ss:
COUNTY OF NIAGARA

On the 21st day of May in the year 2013, before me, the undersigned, a notary public in and for said state, personally appeared GARY DIMATTEO and RENEE DIMATTEO, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities, and that by their signatures on the instrument, the individuals or the person upon behalf of which the individuals acted, executed the instrument.

_____
SHARON L. DICKINSON          Notary Public
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 12/31/2013

2013-09843
05/23/2013 03:30:55 PM
2 Pages
DEED
Clerk: MKS
Wayne F. Jagow, Niagara County Clerk
2013159888