UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                           Plaintiff

     -v-                                                 23-CV-1059-EAW

THE PREMISES, BUILDINGS, APPURTENANCES,
IMPROVEMENTS, AND REAL PROPERTY
LOCATED AT 7122 LARRY COURT, NORTH
TONAWANDA, NEW YORK, AND MORE
FULLY DESCRIBED IN A DEED RECORDED IN
THE NIAGARA COUNTY, NEW YORK CLERK'S
OFFICE ON MAY 23, 2013 UNDER INSTRUMENT
NO. 2013-09843,

                           Defendant
_____

## NOTICE OF MOTION

| | |
|---|---|
| **MOVING PARTY:** | Plaintiff |
| **PLACE:** | Hon. Elizabeth A. Wolford<br>Chief, District Judge<br>U.S. District Court<br>Western District of New York |
| **RETURN DATE:** | To be determined by the Court |
| **RELIEF SOUGHT:** | Plaintiff respectfully move the Court for an Order Sealing the Affidavit of DEA Task Force Officer Stephanie L. Gerwel that is referenced and incorporated in the Verified Complaint for Forfeiture, pursuant to Rule 5.3 of the Local Rules of Civil Procedure. |
| **PAPERS SUBMITTED:** | Affidavit of AUSA Melanie J. Bailey, sworn to on the 10th day of October, 2023 and submitted under seal. |

                                                       TRINI E. ROSS  
                                                       United States Attorney  
                                                       Western District of New York

                              BY:       s/MELANIE J. BAILEY  
                                                        Assistant United States Attorney  
                                                        United States Attorney's Office  
                                                        Western District of New York  
                                                        138 Delaware Avenue  
                                                        Buffalo, New York 14202  
                                                        (716) 843-5863  
                                                        Melanie.Bailey@usdoj.gov

DATED: October 10, 2023