IN IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,            1: 23-CV-1059-EAW

     -v-

THE PREMISES, BUILDINGS, APPURTENANCES,
IMPROVEMENTS, AND REAL PROPERTY
LOCATED AT 7122 LARRY COURT, NORTH
TONAWANDA, NEW YORK, AND MORE FULLY
DESCRIBED IN A DEED RECORDED IN THE
NIAGARA COUNTY, NEW YORK CLERK'S
OFFICE ON MAY 23, 2013 UNDER INSTRUMENT
NO. 2013-09843,

                    Defendant.

## ORDER TO PARTIALLY UNSEAL AFFIDAVIT IN SUPPORT OF VERIFIED CIVIL FORFEITURE COMPLAINT

On or about October 6, 2023, the United States of America filed a verified civil forfeiture complaint, including the affidavit of Drug Enforcement Administration ("DEA") Task Force Officer ("TFO") Stephanie L. Gerwel in support of the verified civil forfeiture complaint against the following real property:

> THE PREMISES, BUILDINGS, APPURTENANCES, IMPROVEMENTS, AND REAL PROPERTY LOCATED AT 7122 LARRY COURT, NORTH TONAWANDA, NEW YORK, AND MORE FULLY DESCRIBED IN A DEED RECORDED IN THE NIAGARA COUNTY, NEW YORK CLERK'S OFFICE ON MAY 23, 2013 UNDER INSTRUMENT NO. 2013-09843.

The Court granted the government's motion to seal the affidavit of DEA TFO Gerwel (Dkt. 4).

The government now moves the Court to partially unseal the affidavit of DEA TFO Gerwel, in order for the government to provide a copy of the affidavit to counsel for Dawn Ostolski.

**NOW**, it is hereby

**ORDERED**, that the affidavit of DEA TFO Gerwel will be partially unsealed in order to provide a copy of the affidavit to counsel for Dawn Ostolski, and

**IT IS FURTHER ORDERED** that the affidavit of DEA TFO Gerwel will otherwise remain under seal and shall not be disclosed to the public until further Order of the Court.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:  April 15, 2026
        Rochester, New York

2